IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **15-cv-00266-JLK**

**ROSS J. MORALES**,

   Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

   Defendant.

---

**ORDER FOR JUDGMENT AND REMAND**

---

Kane, J.

  Defendant's Unopposed Motion for Remand (Doc. 15), seeking entry of judgment and a remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g), is **GRANTED**. The final decision of the agency is **REVERSED** and the case **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

  On remand, the Appeals Council will remand the matter to an administrative law judge (ALJ) for further evaluation of the record and a new decision. The Appeals Council will direct the ALJ to:

offer Plaintiff another opportunity for a hearing, take any steps necessary to complete the administrative record, and issue a new decision;

reassess Plaintiff's residual functional capacity (RFC) based on the record as a whole, including any new evidence that Plaintiff submits on remand;

as necessary, obtain vocational expert testimony to determine whether Plaintiff can perform his past or other work given his age, education, and RFC.

Dated: July 23, 2015.

BY THE COURT:

*s/John L. Kane*
SENIOR U.S. DISTRICT COURT JUDGE